

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-13-00485-CR

Trial Court Cause
Number:               31,585

Style:                    In re Eldridge McKnight, Jr.

Date motion filed[*]:     August 6, 2013

Type of motion:          Motion for suspension of rules

Party filing motion:     Relator

Document to be filed:

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:
    Date Requested:

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Harvey Brown
        ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: August 12, 2013